## Jessie A. Heasley, Appellant, v. Jeremiah H. Heasley.

Argued Nov. 1, 1898.   Appeal, No. 75, Oct. T., 1898, by defendant, from decree of C. P. No. 2, Allegheny Co., July T., 1896, No. 204, on bill in equity.   Before Green, Williams, McCollum, Mitchell, Dean and Fell, JJ.   Affirmed.

Opinion by Mr. Justice Mitchell, May 23, 1898:

This is a cross-appeal from the same decree as No. 62 of October term, 1898, and is governed by the opinion in that case, filed herewith, ante, p. 539.

Appeal dismissed with costs.